Honorable James L. Robart

**Posted**

FILED
MAY 24 2012
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SABIR SHABAZZ, ) <br> ) <br> Defendant. ) | NO. CR12-0033JLR <br> AMENDED  JPA  S.S. <br> INFORMATION       BFM <br> <br> 12-CR-00033-INFO |

The United States Attorney charges that:

### COUNT 1

**(Assault on a Federal Officer with a Dangerous Weapon)**

On or about January 3, 2012, at Sea Tac, within the Western District of Washington, SABIR SHABAZZ did forcibly assault, and did aid and abet in the assault of, M.M., a corrections officer with the Federal Bureau of Prisons, while M.M. was engaged in, and on account of, the performance of his official duties.

The United States Attorney alleges that during commission of the offense, SABIR SHABAZZ used, and aided and abetted the use of, a dangerous weapon, to wit: a metal pipe, and inflicted bodily injury upon M.M.

All in violation of Title 18, United States Code, Sections 2, 111(a)(1), and 111(b).

INFORMATION/ SHABAZZ- 1
CR12-0033JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 2

### (Assault on a Federal Officer with a Dangerous Weapon)

On or about January 3, 2012, at Sea Tac, within the Western District of Washington, SABIR SHABAZZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and did aid and abet in the assault, resistance, opposition, impeding, intimidation, and interference with, A.S., a corrections officer with the Federal Bureau of Prisons, while A.S. was engaged in, and on account of the performance of, his official duties.

The United States Attorney further alleges that during commission of the offense, SABIR SHABAZZ used, and aided and abetted the use of, a dangerous weapon to wit: an iron.

All in violation of Title 18, United States Code, Sections 2, 111(a)(1), and 111(b).

## COUNT 3

### (Assault on a Federal Officer with a Dangerous Weapon)

On or about January 3, 2012, at Sea Tac, within the Western District of Washington, SABIR SHABAZZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and did aid and abet in the assault, resistance, opposition, impeding, intimidation, and interference with, J.W., a corrections officer with the Federal Bureau of Prisons, while J.W. was engaged in, and on account of, the performance of his official duties.

The United States Attorney further alleges that during commission of the offense, SABIR SHABAZZ used, and aided and abetted the use of, a dangerous weapon to wit: a shank.

All in violation of Title 18, United States Code, Sections 2, 111(a)(1), and 111(b).

\\
\\
\\
\\

INFORMATION/ SHABAZZ- 2
CR12-0033JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 4

### (Benefitting from Forced Labor)

Between July 1, 2010, through October 31, 2010, in Tacoma, within the Western District of Washington, SABIR SHABAZZ did knowingly financially benefit from participation in a venture which had engaged in the providing and obtaining JV-1 and JV-2 for labor and services with the knowledge and in reckless disregard that the providing and obtaining of JV-1 and JV-2 for labor and services was by means of a scheme and plan to cause JV-1 and JV-2 to believe that if they did not perform the labor and services, they would suffer serious harm.

All in violation of Title 18, United States Code, Sections 2 and 1589(a)(4).

DATED this 24th day of May, 2012.

JENNY A. DURKAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

BRUCE F. MIYAKE
Assistant United States Attorney

INFORMATION/ SHABAZZ- 3
CR12-0033JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970