The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SABIR SHABAZZ, <br><br> Defendant. | NO. CR12-033 JLR <br><br> [Proposed] <br><br> ORDER TO SEAL EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit A (Presentence Report) and Exhibit I (Hand-Written Notes) to the Government's Response to Motion for Compassionate Release,

It is hereby ORDERED that the Exhibits shall remain sealed.

DATED this 30th day of August, 2022.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Mike Lang
MIKE LANG
Assistant United States Attorney

Order to Seal - 1
United States v. Shabazz / CR12-033 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970