The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR12-033 JLR |
| Plaintiff | [Proposed] |
| v. | ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| SABIR SHABAZZ, | |
| Defendant. | |

The Court, having reviewed the Unopposed Motion of the United States to File an Overlength Response (in excess of twelve pages), hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Motion for Compassionate Release that does not exceed fourteen pages in length.

//

//

//

Order Permitting Response with Excess Pages - 1
*United States v. Shabazz* / CR12-033 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this ___30___ day of August, 2022.

JAMES L. ROBART
United States District Judge

PRESENTED BY:

s/ Michael Lang
MICHAEL LANG
Assistant United States Attorney

REVIEWED AND APPROVED:

s/ Harry Williams
HARRY WILLIAMS
Attorney for Defendant, Sabir Shabazz

Order Permitting Response with Excess Pages - 2
United States v. Shabazz / CR12-033 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970