UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR12-0033JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SABIR SHABAZZ, | |
| Defendant. | |

Before the court is Defendant Sabir Shabazz's motion to direct the Clerk to provide his sentencing transcript to the Bureau of Prisons. (Mot. (Dkt. # 175).) Mr. Shabazz is represented by counsel. (*See* Dkt.) As such, Mr. Shabazz may not file a *pro se* motion unless he complies with the requirements of Local Civil Rule 83.2(b)(5). *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Civil Rule 83.2(b) for criminal proceedings); Local Rules W.D. Wash. LCR 83.2(b)(5) (requiring a represented party that seeks to appear or act *pro se* to "request[] by motion to proceed on his or her own behalf, certif[y] in the motion that he or she has provided copies of the motion to his or

ORDER - 1

her current counsel and to the opposing party, and [receive from the court] an order of substitution by the court terminating the party's attorney"); *see also United States v. Halbert*, 640 F.2d 1000, 1009 (9th Cir. 1981) ("A criminal defendant does not have an absolute right to both self-representation and the assistance of counsel. . . . Whether to allow hybrid representation remains within the sound discretion of the trial judge."); *United States v. Durden*, 673 F. Supp. 308, 309 (N.D. Ind. 1987) (exercising the discretion to decline to consider a represented criminal defendant's *pro se* motion (citing *Halbert*, 640 F.2d at 1009)). The court directs Mr. Shabazz to contact his counsel to discuss his current situation and the relief he requests.

Because Mr. Shabazz improperly filed his motion *pro se*, the court STRIKES the motion to direct the Clerk to provide his sentencing transcript to the Bureau of Prisons (Dkt. # 175) from the docket.

Dated this 30th day of December, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge