The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 12-00033 |
| v. | ) |
| SABIR SHABAZZ, | ) Order Granting Motion to Withdraw |
| Defendant. | ) |

The Court grants attorney Harry Williams' motion to withdraw as counsel for Sabir Shabazz.

DATED this 26th day of January, 2023.

_____
HONORABLE JAMES L. ROBART
U.S. District Court Judge

Order Granting Motion to Withdraw–
Page 1

Harry Williams Law
PO Box 22438
Seattle, WA  98122
206.240.1958