UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SABIR SHABAZZ,<br><br>        Defendant. | CASE NO. CR12-0033JLR<br><br>ORDER |

Before the court is Defendant Sabir Shabazz's motion to correct a clerical error in the pre-sentence report ("PSR"). (Mot. (Dkt. # 186); *see also* PSR (Dkt. # 48).) Plaintiff the United States of America (the "Government") does not oppose the motion. (Resp. (Dkt. # 188).) The court did not permit Mr. Shabazz to file a reply brief. (*See* 1/16/24 Minute Order (Dkt. # 187) at 2.) The court has considered the parties' submissions, the relevant portions of the record, and the governing law. Being fully advised, the court GRANTS Mr. Shabazz's motion.

//

ORDER - 1

1       The Tacoma Municipal Court docket from Mr. Shabazz's 2010 conviction states that the court imposed a sentence of "90 Days on Charge 1 with 90 Days Suspended." (Rap Sheet (Dkt. # 186-1) at 2.)  The PSR, however, indicates that Mr. Shabazz received "90 days jail" for that offense.  (PSR at 14.)  The PSR is incorrect.

      Federal Rule of Criminal Procedure 36 allows the court to "correct a clerical error in a judgment, order, or other part of the record" "at any time."  Fed. R. Crim. P. 36.  The court therefore GRANTS Mr. Shabazz's motion and DIRECTS the United States Probation Office to amend the PSR (Dkt. # 48) by no later than **February 16, 2024**.  The phrase "90 days jail" on page 14 shall be deleted and replaced with "90 days jail with 90 days suspended."

      Dated this 29th day of January, 2024

<br>

                                                JAMES L. ROBART
                                                United States District Judge