UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR12-0033JLR |
| Plaintiff, | ORDER |
| v. | |
| SABIR SHABAZZ, | |
| Defendant. | |

Before the court is Defendant Sabir Shabazz's motion for clarification. (Mot. (Dkt. # 191).) Mr. Shabazz "want[s] to remain pro se at this time" but writes that he "became aware it appears the attorney, Harry Williams, made an appearance in [this] case." (*Id.* at 1.) By the title of his motion, Mr. Shabazz seeks clarification regarding his *pro se* status. (*See id.*)

Mr. Williams has not represented Mr. Shabazz since January 26, 2023, and no attorney has represented him since. (*See generally* Dkt.; 1/26/23 Order (Dkt. # 179).) Mr. Shabazz is currently proceeding *pro se*.

ORDER - 1

The court DIRECTS the Clerk to terminate Mr. Shabazz's motion (Dkt. # 191).

Dated this 1st day of April, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2